B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Flying J Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**94-1663458** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1104 Country Hills Drive**<br>**Ogden, UT**         ZIP Code **84403** | Street Address of Joint Debtor (No. and Street, City, and State):         ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Weber** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):         ZIP Code | Mailing Address of Joint Debtor (if different from street address):         ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |



EXHIBIT A

B1 (Official Form 1)(1/08)   Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Flying J Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: See Schedule 1 | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                          Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Flying J Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X */s/ Pauline K. Morgan*<br>Signature of Attorney for Debtor(s)<br>Pauline K. Morgan, Esq.<br>Printed Name of Attorney for Debtor(s)<br>Young Conaway Stargatt & Taylor LLP<br>Firm Name<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Address<br><br>302-571-6600<br>Telephone Number<br>December 22, 2008<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ J Phillip Adams*<br>Signature of Authorized Individual<br>J Phillip Adams<br>Printed Name of Authorized Individual<br>President and Chief Executive Officer<br>Title of Authorized Individual<br>December 22, 2008<br>Date | |

**Schedule 1**

<u>Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor</u>

On the date hereof, each of the affiliated entities listed above (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

- Big West of California, LLC
- Big West Oil, LLC
- Big West Transportation, LLC
- Flying J Inc.
- Longhorn Partners Pipeline, L.P.
- Longhorn Pipeline Holdings, LLC
- Longhorn Pipeline, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
FLYING J INC. ) Case No. 08-_____ (___)
)
Debtor. ) Joint Administration Requested
)

## LIST OF EQUITY SECURITY HOLDERS

This list serves as the Debtor's disclosure pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| | | | |
|---|---|---|---|
| Flying J Inc. | Adams, J Phillip and Fredee | 105 | 0.000090% |
| Flying J Inc. | Adamson, Mark | 231 | 0.000276 |
| Flying J Inc. | Allan, Randy & Heidi | 10 | 0.000009 |
| Flying J Inc. | Atkinson, Zane | 625 | 0.000534 |
| Flying J Inc. | Baker, James A. | 4,550 | 0.003890 |
| Flying J Inc. | Birch, John | 956 | 0.000817 |
| Flying J Inc. | Blakeslee, Alan | 570 | 0.000487 |
| Flying J Inc. | Bohman, Daniel | 33 | 0.000028 |
| Flying J Inc. | Bott, LeAnn | 35 | 0.000030 |
| Flying J Inc. | Brady, Rodney H. and Carolyn H. | 1,000 | 0.000855 |
| Flying J Inc. | Brown, Paul F. | 825 | 0.000705 |
| Flying J Inc. | Burgon, Barre G. | 483 | 0.000413 |
| Flying J Inc. | Calls Investment Co Ltd | 147,839 | 0.126406 |
| Flying J Inc. | Call, Tamra C. (34,909 ESOP Shares) | 52,005 | 0.044465 |
| Flying J Inc. | Barre Burgon Trustee of Tamara C. Call Marital Trust | 21,824 | 0.018660 |
| Flying J Inc. | Call, Thad | 25,523 | 0.021823 |
| Flying J Inc. | Thad J Call Trustee of O Jay Call Trust FBO Thad J Call | 20,521 | 0.017546 |
| Flying J Inc. | Thads Investment Co LLC | 350,416 | 0.299614 |
| Flying J Inc. | Christian, Charlene (ESOP Shares) IRA | 365 | 0.000312 |
| Flying J Inc. | Clayson, Scott | 350 | 0.000299 |

| | | | |
|---|---|---|---|
| Flying J Inc. | Coppieters, Jason | 150 | 0.000128 |
| Flying J Inc. | Heather E. Dailey & Graham A. Dailey TTEE | 150 | 0.000128 |
| Flying J Inc. | Daffern, Nancy (ESOP) | 100 | 0.000086 |
| Flying J Inc. | Dalla, Brett | 400 | 0.000342 |
| Flying J Inc. | DeJuncker, Ronald | 1,333 | 0.001140 |
| Flying J Inc. | Jerry Beckman, et al, Trustee, FJ ESOP | 104,879 | 0.088674 |
| Flying J Inc. | Farnsworth, Kevin | 601 | 0.000514 |
| Flying J Inc. | Foy, Rick | 529 | 0.000452 |
| Flying J Inc. | Gailliot, Tom | 250 | 0.000214 |
| Flying J Inc. | Garner, Rob ESOP | 5 | 0.000004 |
| Flying J Inc. | Ilene K. Germer Family Living Trust Established 5/5/2000 | 2,715 | 0.002321 |
| Flying J Inc. | Germer, Kati R. - ESOP Originated | 1,786 | 0.001527 |
| Flying J Inc. | Germer, Kimberly K. - ESOP Originated | 1,786 | 0.001527 |
| Flying J Inc. | Germer, Kyle M. - ESOP Originated | 2,084 | 0.001782 |
| Flying J Inc. | Germer, Ronald K. and Bonnie S. JT TEN | 630 | 0.000539 |
| Flying J Inc. | Greenhalgh, Kirk | 157 | 0.000134 |
| Flying J Inc. | Gessel, Clark | 425 | 0.000363 |
| Flying J Inc. | Harris, Gary | 30 | 0.000026 |
| Flying J Inc. | Hillam, John | 150 | 0.000128 |
| Flying J Inc. | Hochstatter, Sally | 9 | 0.000008 |
| Flying J Inc. | Hunter, Robyn and Colby | 157 | 0.000134 |
| Flying J Inc. | Inkley, Robert L. & Alyssa D. | 60 | 0.000051 |
| Flying J Inc. | Jenkins, Marty | 680 | 0.000581 |
| Flying J Inc. | Jones, Ted | 1,000 | 0.000855 |
| Flying J Inc. | Kattelman, Michael | 120 | 0.000103 |
| Flying J Inc. | Kelley, Karl | 40 | 0.000034 |
| Flying J Inc. | Kline, Danny | 250 | 0.000214 |
| Flying J Inc. | Lortz, Andre | 150 | 0.000128 |
| Flying J Inc. | Maggelet Crystal | 25,523 | 0.021823 |
| Flying J Inc. | Crystal Call Maggelet Trustee of the O Jay Call Trust FBO Crystal Call Maggelett | 22,258 | 0.019031 |
| Flying J Inc. | Crystal Accumulation LLC | 350,416 | 0.299614 |
| Flying J Inc. | Malan, Chris | 390 | 0.000333 |
| Flying J Inc. | McCall Bron | 60 | 0.000051 |

| | | | |
|---|---|---|---|
| Flying J Inc. | McCammon, Gerry (500 ESOP Shares) | 3,700 | 0.003164 |
| Flying J Inc. | McMillan, Scott G. and/or Cynthia McMillan | 199 | 0.000170 |
| Flying J Inc. | Oldham, Troy | 106 | 0.000091 |
| Flying J Inc. | Oyler, Dean (500 ESOP Shares) | 510 | 0.000436 |
| Flying J Inc. | Parker, Ronald (5,703 ESOP Shares) | 7,203 | 0.006159 |
| Flying J Inc. | Parker, Virginia | 600 | 0.000513 |
| Flying J Inc. | Peterson, Ellis & Gretchen | 80 | 0.000068 |
| Flying J Inc. | Peterson, Jon | 55 | 0.000047 |
| Flying J Inc. | Peterson, Richard and Dixie | 4,247 | 0.003631 |
| Flying J Inc. | Pineda, Jeremiah | 35 | 0.000030 |
| Flying J Inc. | Plant, Randy | 200 | 0.000171 |
| Flying J Inc. | Poulsen, Lynn | 75 | 0.000064 |
| Flying J Inc. | Rognon, Donald and Christine | 252 | 0.000215 |
| Flying J Inc. | Rognon, Donald (ESOP) | 960 | 0.000821 |
| Flying J Inc. | Sarlo, Jack (Trust) | 150 | 0.000128 |
| Flying J Inc. | Singh, Jagjit | 1,000 | 0.000855 |
| Flying J Inc. | Stanger, Chris | 750 | 0.000641 |
| Flying J Inc. | Tolbert, Sandy (ESOP) | 4 | 0.000003 |
| Flying J Inc. | Van Uitert, Gordon (ESOP) | 41 | 0.000035 |
| Flying J Inc. | Vincent, Scott | 500 | 0.000428 |
| Flying J Inc. | Whitecar, Richard | 750 | 0.000641 |
| Flying J Inc. | Winn, Gerald (ESOP) | 30 | 0.000026 |
| Flying J Inc. | Wilson, Jim | 202 | 0.000173 |
| Flying J Inc. | **Total Issued and Outstanding** | 1,169,559 | 1.000000 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FLYING J INC. | Case No. 08-_____ (___) |
| Debtor. | Joint Administration Requested |

## DECLARATION UNDER PENALTY OF PERJURY

I, J Phillip Adams, the undersigned authorized officer of Flying J Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: December 22, 2008

*/s/ J Phillip Adams*
J Phillip Adams
Chief Executive Officer and President of
Flying J Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FLYING J INC., et al.,[1] ) | Case No. 08-_____ (___) |
| ) | |
| Debtors. ) | Joint Administration Pending |
| ) | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING THE 30 LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately December 21, 2008. The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims on a consolidated basis. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608), Big West Oil, LLC (6982); Big West Transportation, LLC (1056); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226), Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

[2] A portion of the Debtors' trade payables reflect the purchase of petroleum products. Certain petroleum products suppliers may be protected by state "first purchaser" statutes (such as those in Texas and Oklahoma). As a result, certain suppliers may have an automatically perfected security interest in the oil or gas sold to the Debtors (or the identifiable proceeds thereof) to secure the Debtors' obligations. Consequently, the Debtors reserve the right to amend the Consolidated List of Creditors Holding the 30 Largest Unsecured Claims.

K&E 13888366.1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Zion Bank<br>Retail Loan Center<br>2460 South 3270 West<br>West Valley City, UT 84119<br>(801) 844-5100 | Zion Bank<br>Retail Loan Center<br>2460 South 3270 West<br>West Valley City, UT 84119<br>(T) 801- 844-5100<br>(F) | Bank Loan | | $85,817,705.31 |
| Cononco Philips Company<br>600 N. Dairy Ashford Rd.<br>Houston, TX 77079 | Cononco Philips Company<br>600 N. Dairy Ashford Rd.<br>Houston, TX 77079<br>(T) 918-661-5746<br>(F) | Trade Debt | Claim may be disputed or set off | $69,447,149.65 |
| Berry Petroleum Company<br>1999 Broadway<br>Suite 3700<br>Denver, CO 80202 | Berry Petroleum Company<br>1999 Broadway<br>Suite 3700<br>Denver, CO 80202<br>(T): 303-999-4400<br>(F): | Trade Debt | | $26,088,709.30 |
| Houston Refining, L.P.<br>12000 Lawnsdale St.<br>Houston, TX 77017 | Houston Refining, L.P.<br>12000 Lawnsdale St.<br>Houston, TX 77017<br>(T): 713-652-7200<br>(F): | Trade Debt | | $19,137,323.16 |
| BP & Oil Co.<br>P.O. BOX 101998<br>Atlanta, GA 30392 | BP & Oil Co.<br>P.O. BOX 101998<br>Atlanta, GA 30392<br>(T): 281-675-5752<br>(F): | Trade Debt | Claim may be disputed or set off | $17,457,498.34 |
| Shell Trading (US) Company<br>910 Louisiana Street<br>One Shell Plaza<br>Houston, TX 77252-2463 | Shell Trading (US) Company<br>910 Louisiana Street<br>One Shell Plaza<br>Houston, TX 77252-2463<br>(T): 713-230-7598<br>(F): | Trade Debt | Claim may be disputed or set off | $11,979,627.97 |
| Plains Marketing, L.P.<br>333 Clay Street<br>Suite 1600<br>Houston, TX 77002 | Plains Marketing, L.P.<br>333 Clay Street<br>Suite 1600<br>Houston, TX 77002<br>(T): 713-646-4100<br>(F): | Trade Debt | | $11,254,108.32 |
| Valero Marketing & Supply<br>One Valero Way<br>San Antonio, TX 78249-1112 | Valero Marketing & Supply<br>One Valero Way<br>San Antonio, TX 78249-1112<br>(T): 210-345-2000<br>(F): | Trade Debt | Claim may be disputed or set off | $10,156,880.37 |
| Marathon Oil Company<br>555 San Felipe Road<br>Houston, TX 77056-2723 | Marathon Oil Company<br>555 San Felipe Road<br>Houston, TX 77056-2723<br>(T) 713-629-6600<br>(F) | Trade Debt | | $10,121,838.64 |

K&E 13887366.1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Koch Refining<br>9011 Johnny Morris Road<br>Austin, TX 78724 | Koch Refining<br>9011 Johnny Morris Road<br>Austin, TX 78724<br>(T):<br>(F): | Trade Debt | | $8,992,126.18 |
| Occidental Energy Marketing<br>5 Greenway Plaza<br>Suite 2400<br>Houston, TX 77017 | Occidental Energy Marketing<br>5 Greenway Plaza<br>Suite 2400<br>Houston, TX 77017<br>(T): 713-215-7000<br>(F): | Trade Debt | | $4,896,760.99 |
| Motiva Enterprises, LLC<br>700 Milam Street<br>Houston, TX 77002 | Motiva Enterprises, LLC<br>700 Milam Street<br>Houston, TX 77002<br>(T): 713-277-8000<br>(F): | Trade Debt | | $4,568,645.72 |
| Encana Marketing (USA)<br>370 17th St., Suite 1700<br>Denver, CO. 80202 | Encana Marketing (USA)<br>370 17th St., Suite 1700<br>Denver, CO. 80202<br>(T): 877-386-2200<br>(F): | Trade Debt | | $4,423,782.34 |
| ExxonMobil Fuels Marketing<br>5959 Las Colinas Blvd.<br>Irving, TX 75039-2298 | ExxonMobil Fuels Marketing<br>5959 Las Colinas Blvd.<br>Irving, TX 75039-2298<br>(T): 972-444-1000<br>(F): | Trade Debt | | $4,111,097.09 |
| Brad Hall & Associates<br>2840 Sunnybrook Lane<br>Idaho Falls, ID 83404-7475 | Brad Hall & Associates<br>2840 Sunnybrook Lane<br>Idaho Falls, ID 83404-7475<br>(T): 208-523-6582<br>(F): | Trade Debt | | $4,050,100.77 |
| Murphy Oil USA, Inc.<br>200 Peach Street<br>Eldorado, AR 71730 | Murphy Oil USA, Inc.<br>200 Peach Street<br>Eldorado, AR 71730<br>(T): 870-862-6411<br>(F): | Trade Debt | Claim may be disputed or set off | $3,964,164.17 |
| PG & E<br>One Market Spear Tower<br>Suite 2400<br>San Francisco, CA 94105-1126 | PG & E<br>One Market Spear Tower<br>Suite 2400<br>San Francisco, CA 94105-1126<br>(T): 415-267-7000<br>(F): | Trade Debt | | $3,772,014.11 |
| Sun Company, Inc.<br>Department 78096<br>P.O. Box 77000<br>Detroit, MI 48278-0096 | Sun Company, Inc.<br>Department 78096<br>P.O. Box 77000<br>Detroit, MI 48278-0096<br>(T):<br>(F): | Trade Debt | | $3,628,781.88 |
| Equilon Enterprise<br>910 Louisiana Street<br>Houston, TX 77002-4916 | Equilon Enterprise<br>910 Louisiana Street<br>Houston, TX 77002-4916<br>(T): 713-241-6161<br>(F): | Trade Debt | | $3,317,062.65 |

K&E 13888366.1

| (1) | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Buena Vista Hills, LLC<br>1410-17th Street<br>Denver, CO 80202 | Buena Vista Hills, LLC<br>1410-17th Street<br>Denver, CO 80202<br>(T): 303-327-7677<br>(F): | Trade Debt | | $3,156,101.82 |
| E&B Resources Management Corp.<br>34740 Merced Avenue<br>Bakersfield, CA 93308 | E&B Resources Management Corp.<br>34740 Merced Avenue<br>Bakersfield, CA 93308<br>(T): 661-392-7575<br>(F): | Trade Debt | | $3,048,614.53 |
| Seneca Resources Corporation<br>1201 Louisiana Street<br>Suite 400<br>Houston, TX 77002 | Seneca Resources Corporation<br>1201 Louisiana Street<br>Suite 400<br>Houston, TX 77002<br>(T): 713-654-2600<br>(F): | Trade Debt | Claim may be disputed or set off | $3,032,764.76 |
| Frontier Oil & Refining<br>1000 Memorial Drive<br>Suite 600<br>Houston, TX 77024-3411 | Frontier Oil & Refining<br>1000 Memorial Drive<br>Suite 600<br>Houston, TX 77024-3411<br>(T): 713-688-9600<br>(F): | Trade Debt | | $2,716,981.12 |
| Tesoro Petroleum Corporation<br>300 Concord Plaza Drive<br>San Antonio, TX 78216 | Tesoro Petroleum Corporation<br>300 Concord Plaza Drive<br>San Antonio, TX 78216<br>(T): 800-837-6762<br>(F): | Trade Debt | Claim may be disputed or set off | $2,708,918.57 |
| San Joaquin Refining, Co.<br>3129 Standard Street.<br>Bakersfield, CA 90084-0761 | San Joaquin Refining, Co.<br>3129 Standard Street.<br>Bakersfield, CA 90084-0761<br>(T): 661-327-4257<br>(F): | Trade Debt | | $2,465,281.30 |
| Center Marketing Company<br>600 Mason Ridge Center Drive<br>St. Louis, MO 63141-8557 | San Joaquin Refining, Co.<br>3129 Standard Street.<br>Bakersfield, CA 90084-0761<br>(T): 314-682-3500<br>(F): | Trade Debt | | $2,439,678.38 |
| Mobil Oil Corporation<br>5959 Las Colinas Blvd.<br>Irving, TX 75039-2298 | Mobil Oil Corporation<br>5959 Las Colinas Blvd.<br>Irving, TX 75039-2298<br>(T): 972-444-1000<br>(F): | Trade Debt | Claim may be disputed or set off | $2,389,692.28 |
| Equistar Chemicals, L.P.<br>1221 McKinney Street<br>Houston, TX 77010 | Equistar Chemicals, L.P.<br>1221 McKinney Street<br>Houston, TX 77010<br>(T): 713-652-7200<br>(F): | Trade Debt | | $2,323,963.41 |
| Kinergy Marketing<br>1260 Lake Boulevard<br>Suite 225<br>Davis, CA 95616 | Kinergy Marketing<br>1260 Lake Boulevard<br>Suite 225<br>Davis, CA 95616<br>(T): 530-750-3017<br>(F): | Trade Debt | | $2,283,706.20 |

K&E 13888366.1

| | | | | |
|---|---|---|---|---|
| Tanner Companies, Inc. | | Trade Debt | | $2,131,338.00 |

K&E 13888366.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FLYING J INC., et al.,[1] | ) Case No. 08-_____ (___) |
| | ) |
| Debtors. | ) Joint Administration Requested |
| | ) |

### DECLARATION CONCERNING CONSOLIDATED
### LIST OF CREDITORS HOLDING THE 30 LARGEST UNSECURED CLAIMS

I, J Phillip Adams, President and Chief Executive Officer, of Flying J Inc., declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding the 30 Largest Unsecured Claims and that the information contained therein is true and correct to the best of my information and belief.

Dated: December 22, 2008

/s/ Phillip Adams
J Phillip Adams
President and Chief Executive Officer of
Flying J Inc..

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608), Big West Oil, LLC (6982); Big West Transportation, LLC (1056); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226), Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

K&E 13188366.1

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## FLYING J INC.

1.     Effective as of this 22nd day of December 2008, the members constituting a majority of the votes of a quorum of the board of directors (the "Board of Directors") of Flying J Inc., a Utah corporation (the "Company"), took the following actions and adopted the following resolutions:

> WHEREAS, the Board of Directors consulted with the management and the advisors of the Company and regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's businesses; and

> WHEREAS, the Board of Directors has had the opportunity to fully consider each of the strategic alternatives available to the Company.

I.     **Voluntary Petition Under the Provisions of Chapter 11 of the United States Bankruptcy Code**

> NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it

> FURTHER RESOLVED, that the officers of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and be it

> FURTHER RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Kirkland & Ellis LLP as general restructuring counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance

the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Kirkland & Ellis LLP; and be it

FURTHER RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Young Conaway Stargatt & Taylor, LLP, as Delaware restructuring counsel and conflicts counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Young Conaway Stargatt & Taylor, LLP; and be it

FURTHER RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of The Blackstone Group L.P., as financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of The Blackstone Group L.P.; and be it

FURTHER RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Epiq Bankruptcy Solutions, LLC as notice, claims and balloting agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for

authority to retain the services of Epiq Bankruptcy Solutions, LLC; and be it

FURTHER RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and be it

FURTHER RESOLVED, that the Authorized Officers of the Company, acting alone or with one or more other Authorized Officers as the sole member ("Sole Member") of Big West Oil, LLC, a Utah limited liability company (the "Affiliate"), hereby are, authorized and empowered to execute and file on behalf of the Affiliate all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Affiliate's businesses.

II. **Cash Collateral Agreement**

NOW, THEREFORE, BE IT RESOLVED, that in connection with the commencement of the chapter 11 case by the Company, any Authorized Officer be, and hereby is, authorized, empowered and directed to negotiate, execute and deliver agreements for the use of cash collateral in connection with the Company's chapter 11 case, which agreement may require the Company to grant liens and pay interest to the Company's existing lender or lenders, and to take such additional action and to execute and deliver each other agreement, instrument or document to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof.

III. **Further Actions and Prior Actions**

NOW, THEREFORE, BE IT RESOLVED that in addition to the specific authorizations heretofore conferred upon the

3

Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it

FURTHER RESOLVED, that J Phillip Adams, President and Chief Executive Officer of the Company be, and hereby is, authorized to execute documents on the Company's behalf with respect to it being the sole member ("Sole Member"), directly or indirectly, of Big West Oil LLC, Big West of California, LLC and Big West Transportation, LLC; and be it

FURTHER RESOLVED, that the Authorized Officers be, and each hereby is, authorized to execute documents on the Company's behalf; and be it

FURTHER RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

* * * * *

# CERTIFICATE

The undersigned, James M. Dester, Corporate Secretary of Flying J Inc. (the "Company"), a Utah corporation, hereby certifies as follows:

1. I am the duly qualified and elected Corporate Secretary and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Company.

2. Attached hereto is a true, complete, and correct copy of the resolution of the board of directors of the Company (the "Board of Directors"), duly adopted at a properly convened meeting of the Board of Directors on December 21, 2008, by the members constituting a majority of the votes of the quorum of the directors there present, in accordance with the bylaws of the Company.

3. Such resolution has not been amended, altered, annulled, rescinded or revoked and is in full force and effect as of the date hereof. There exists no other subsequent resolution of the Board of Directors relating to the matters set forth in the resolution attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 22nd day of December, 2008.

By: *(signature)* James M. Dester
Title: Coporate Secretary